UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**DEX ORGANIZER COMPANY, LLC**

v.                                          Case No. **1:26-cv-141**

**DAVID DUDLEY**

## <u>DISCLOSURE STATEMENT</u>

I, the undersigned, counsel of record for **DEX ORGANIZER COMPANY, LLC** ,

certify to the best of my knowledge and belief:

☒      My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

☐      My client has the following parent corporation(s):

☐      The following publicly held corporation(s) own 10% or more of my client's stock:

**/s/ Brian L. Yoakum**
(Signature of Counsel)

**05/26/2026**
(Date)