Civil Action No.    **1:26-cv-00141**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **David Dudley**
was received by me on  **5/29/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒ I returned the summons unexecuted because **Vacant** after attempting service at **553 Lake Court Ave, Lynchburg, VA 24502**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  06/01/2026

_____
*Server's signature*

**Stephanie Newby**
*Printed name and title*

**29 shrader ln
Apt 204
Lynchburg, VA 24502**

_____
*Server's address*

Additional information regarding attempted service, etc:

**6/1/2026 9:19 AM: The property appeared vacant which was supported by empty lot and overgrown.**