# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

<table>
<tr><td>DEX ORGANIZER COMPANY, LLC<br><br><br><br><br><hr><i>Plaintiff(s)</i><br><br>v.<br><br>DAVID DUDLEY<br><br><br><br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:26-CV-00141-TRM-MJD</td></tr>
</table>

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID DUDLEY
372 WASHINGTON ROAD
WALDOBORO, MAINE 04572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**BRIAN L. YOAKUM, ESQ.**
**1715 AARON BRENNER DRIVE**
**SUITE 800**
**MEMPHIS, TENNESSEE 38120**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: June 15, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00141-TRM-MJD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset