**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| DEX ORGANIZER COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID DUDLEY,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-141<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Michael J. Dumitru |

# ORDER

Plaintiff Dex Organizer Company, LLC ("Plaintiff") filed a complaint in this case on May 26, 2026, against Defendant David Dudley ("Defendant"). (Doc. 1.) Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have now passed since the complaint was filed, and there is no evidence in the record to suggest that Plaintiff has timely served Defendant. Accordingly, Plaintiff is hereby **ORDERED** to file a response showing good cause as to why their claims against Defendant should not be dismissed without prejudice pursuant to Rule 4(m). Plaintiff's response is due **on or before September 25, 2026**. Plaintiff is hereby **ON NOTICE** that failure to show cause by the date specified in this Order will result in this action being dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

***/s/ Travis R. McDonough***

**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**