**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| DEX ORGANIZER COMPANY, LLC, | ) | Case No. 1:26-cv-141 |
| *Plaintiff*, | ) | Judge Travis R. McDonough |
| v. | ) | Magistrate Judge Michael J. Dumitru |
| DAVID DUDLEY, | ) | |
| *Defendant*. | ) | |

**ORDER**

Before the Court is Plaintiff's response to the Court's order to show cause (Doc. 14). According to Plaintiff, an extension of time is needed to complete service because, despite persistent efforts, Defendant has not been present for service at his residence (Doc. 15). Federal Rule of Civil Procedure 4(m) provides that "if the plaintiff shows good cause for the failure [to timely serve the defendant], the court must extend the time for service for an appropriate period."

For good cause shown, the Court **EXTENDS** the time allowed for Plaintiff to complete and show proof of service. Plaintiff is hereby **ORDERED** to serve Defendant and file proof of service **on or before October 28, 2026**. Plaintiff is **ON NOTICE** that failure to meet this extended deadline may result in dismissal of this action without prejudice for failure to prosecute.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**