**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| DEX ORGANIZER COMPANY, LLC, | ) | |
| | ) | Case No. 1:26-cv-141 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Michael J. Dumitru |
| DAVID DUDLEY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is Plaintiff's second response to the Court's order to show cause and request for an extension of time allowed to complete service (Doc. 17). On September 28, 2026, the Court extended the time allowed for Plaintiff to complete and show proof of service to October 28, 2026 (Doc. 16). On October 28, 2026, Plaintiff filed the present request for an extension of time to complete service (Doc. 17). In support of its motion, Plaintiff represents that it has made six additional in-person attempts to complete service and two additional phone calls to the Defendant since the Court's extension was entered, resulting in a total of eighteen in-person visits to Defendants address. (*Id.* at 4.) Despite Plaintiff's persistent efforts, service has not been completed. (*See generally id.*) Federal Rule of Civil Procedure 4(m) provides that "if the plaintiff shows good cause for the failure [to timely serve the defendant], the court must extend time for service for an appropriate period."

For good cause shown, the Court **EXTENDS** the time allowed for Plaintiff to complete and show proof of service. Plaintiff is hereby **ORDERED** to serve Defendant and file proof of service **on or before December 14, 2026**. Plaintiff is **ON NOTICE** that failure to meet this

extended deadline may result in dismissal of this action without prejudice for failure to prosecute.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**